## In re COMMITTEE ON ADMISSIONS AND PRACTICE.

### No. 02–09.

United States Court of Appeals
for Veterans Claims.

Jan. 30, 2009.

Before GREENE, Chief Judge, and
KASOLD, HAGEL, MOORMAN,
LANCE, DAVIS and SCHOELEN,
Judges.

### ORDER

WILLIAM P. GREENE, JR., Chief
Judge:

It is ORDERED that Mary Ann Flynn,
Esq., is reappointed as Chairman of the

Committee on Admission and Practice for a term expiring on November 19, 2011, under the Rules of Admission and Practice Rule 2(a)(1).